# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 3, 2024

## Notice

Mr. Mark E. Donnelly
Office of the Attorney General
of Michigan
P.O. Box 30754
Lansing, MI 48909

Mr. Edward Francis Kickham, III
Kickham Hanley
32121 Woodward Avenue, Suite 300
Royal Oak, MI 48073

       Re: No. 24-1132
           *Clifford Frost, Jr. v. Dana Nessel*

Dear Counsel:

   The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Thursday, October 31, 2024**. You will be promptly advised of the Court's decision, or any other order or direction it may issue.

                         Sincerely yours,

                         s/Karen S. Fultz
                         Calendar Deputy

cc: Mr. Gregory D Hanley
    Mr. Kevin Dean Kijewski